DAVID N. BARRY, ESQ. (SBN 219230)
LOGAN G. PASCAL, ESQ. (SBN 324733)
THE BARRY LAW FIRM
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: (310) 684-5859
Facsimile: (310) 862-4539

Attorneys for Plaintiff, DORYCE WILSON

SOHEYL TAHSILDOOST, ESQ. (SBN 271294)
THETA LAW FIRM, LLP
15901 Hawthorne Blvd., Suite 270
Lawndale, CA 90260
Telephone: (424) 297-3103
Facsimile: (424) 286-2244

Attorney for Defendant
MERCEDES-BENZ USA, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORYCE WILSON, an individual, | ) Case No. 3:21-cv-1270-EMC |
| | ) |
| | ) |
| | ) **JOINT STIPULATION FOR DISMISSAL WITH** |
| Plaintiff, | ) **PREJUDICE** |
| | ) |
| | ) *Action Filed: January 4, 2021* |
| | ) *Trial Date: None* |
| v. | ) |
| | ) *Judge: Hon. Edward M. Chen* |
| MERCEDES-BENZ USA, LLC, A Delaware | ) |
| Limited Liability Company; and DOES 1 | ) |
| through 20, inclusive, | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Doryce Wilson, an individual, and Defendant MERCEDES-BENZ USA, LLC, by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. The case was ordered dismissed by Judge Totenberg in the Northern District of Georgia

1

based on the finding that Plaintiff's claims were resolved and expressly released by the *Amin* Court's final order and judgment.

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above-entitled matter may be dismissed in its entirety with prejudice.

Dated:  November 10, 2021          **THE BARRY LAW FIRM**

By: __/s/ David N. Barry, Esq._____
     David N. Barry, Esq.
     Attorneys for Plaintiff, DORYCE WILSON

Dated:  November 10, 2021          **THETA LAW FIRM, LLP**

By: _/s/ Soheyl Tahsildoost, Esq._____
     Soheyl Tahsildoost, Esq.
     Attorneys for Defendant,
     MERCEDES-BENZ USA, LLC



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
11/12/2021
GRANTED
Judge Edward M. Chen

2